# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Burge, | No. CV-16-00126-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Lincoln National Life Insurance Company, | |
| Defendant. | |

The parties, by and through their attorneys of record, having stipulated to dismissal of this action in its entirety with prejudice,

**IT IS ORDERED** that the Joint Motion for Dismissal of Case with Prejudice (Doc. 33) is **granted**. The above-entitled action is **dismissed with prejudice** in its entirety, each party to bear its own attorneys' fees and costs. The Clerk of Court is directed to close this case.

Dated this 11th day of October, 2016.

Honorable Rosemary Márquez
United States District Judge